UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SUPERIOR PONTIAC, BUICK, GMC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER PROPERTY AND CASUALTY COMPANY, an Illinois corporation, and LILANA SINISHTAJ,<br><br>Defendants. | Case No.: 10 CV 11641<br>L.C. No. 10-003679-CK<br><br>Hon. Mark A. Goldsmith |

**ORDER GRANTING IN PART AND DENYING IN PART [DE#22] MOTION TO STRIKE PLAINTIFF'S BELATED EXPERT DESIGNATION AND FOR SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDERS REGARDING DISCOVERY**

This matter coming to be heard on Discovery Property and Casualty Company's ("Discover") Motion to Strike Plaintiff's Belated Expert Designation and for Sanctions for Failure to Comply with Court Orders Regarding Discovery, the Court being fully apprised, it is hereby acknowledged and ordered that:

    a. Plaintiff withdraws its expert disclosure filed on February 24, 2011. Plaintiff is not designating any experts at this time and will file a motion with the Court requesting leave if it wishes to designate an expert in the future;

    b. Plaintiff will serve an exhibit list and copy of all listed exhibits on Discover on or before April 21, 2011. The exhibit list will comply with the requirements set forth in the December 6,

    2010 Case Management and Scheduling Order ("December 6th CMO");

c. The discovery deadline is extended and all discovery will now close on May 25, 2011;

d. The deadline for dispositive motions and motions to limit/exclude expert testimony is extended to June 15, 2011; and

e. All other deadlines set forth in the December 6th CMO shall stand.

          s/Mark A. Goldsmith
          MARK A. GOLDSMITH
          United States District Judge

Dated:  April 14, 2011

## CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 14, 2011.

          s/Deborah J. Goltz
          DEBORAH J. GOLTZ
          Case Manager